# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BLITZSAFE TEXAS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JVCKENWOOD CORPORATION,<br><br>*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO.  2:21-CV-00163-JRG<br>(LEAD CASE) |
| v.<br><br>MARELLI EUROPE S.P.A.,<br><br>*Defendant*. | § § § § § § § | CIVIL ACTION NO.  2:21-CV-00164-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") and Defendant Marelli Europe S.p.A.'s ("Marelli") (together with Blitzsafe, the "Parties") Joint Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 79). In the Motion, the Parties request that the Court dismiss with prejudice all claims and causes of action asserted by Blitzsafe against Marelli in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Blitzsafe's claims and causes of action against Marelli are **DISMISSED WITH PREJUDICE**. Each of the Parties shall bear its own costs, fees, and attorney's fees. The Clerk of the Court is directed the **CLOSE** Case No. 2:21-cv-00164-JRG and **MAINTAIN AS OPEN** Case No. 2:21-cv-00163-JRG.

**So ORDERED and SIGNED this 4th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE